IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SAMUEL MCNAIR                                                                                    PLAINTIFF

V.                                                            CAUSE NO.: 4:12CV103-SA-JMV

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY                                                          DEFENDANT

## JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury has rendered a verdict. The Court hereby orders that judgment be entered in favor of the Defendant.

SO ORDERED, this the 23rd day of April, 2014.

                                          /s/ Sharion Aycock
                                          **U.S. DISTRICT JUDGE**